Daniel, J.
 

 Where the action is riot local, and the parties live in different counties, the suit may be brought in the court of either county at the option of the plaintiff. Rev.
 
 *210
 
 stat. c. 31, s. 39. It is true that pleas of the State are com-! Prended in the list of local actions; but that is where the State is the real and substantial party in interest. In this actjon the State is but a nominal party. The act of Assembly declares, that, on a breach of the conditions in a sheriff’s bond, the party or parties injured may maintain an action on the same in the name of the State, provided the person or persons so injured and bringing suit shall state in the declaration, as they are authorized to do, matter of inducement sufficient to shew the court, at whose instance, and in whose behalf, the same is brought. Rev. Stat. c. 81, s. 1. 2. Then, the
 
 relator
 
 is to be considered the real plaintiff: he must state in his declaration that the suit is brought at his instance, and for his benefit. As the Legislature considers the relator to be the real plaintiff, we are of the opinion that this action was properly brought in the county of the relator, and that the decision in the Superior Court was right; which must be accordingly certified to that court.
 

 Per Curiam, Ordered accordingly.